ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIVINS CLAIM / 1983/ et.al.

JACQUELINE MOSELEY
       PLAINTIFF

VITALIANO, J.
AZRACK, M.J.

against

CV11 - 5603
BROOKLYN OFFICE

(1) NEW YORK CITY POLICE DEPARTMENT    Personally & OFFICIAL CAPACITY
(2) Detective Lezama    BRS    "    "    "
(3) Detective Moncayo   BRS    "    "    "
(4) Detective Gaynor 70PDU   "    "    "
(5) Sergeant Davis    70 SGT    "    "    "
(6) POLICE OFFICER Donohue    "    "    "
(7) Lieutenant Ditorr   CSU    "    "    "
(8) Seargeant Singh    OCCB    "    "    "
(9) Police officer Santora   PBBS#1929   "    "    "
(10) Police officer O'Sullivan   OPP    "    "    "
(11) Police Officer Ceonardo   INRU    "    "    "
(12) Captain Carter    66XO    "    "    "
(13) Detective Ray

Plaintiff Jacqueline Moseley    157 Belmont Avenue APartment 15B, Brooklyn New York 11212    Pro-se.

Defendant (1) NEW YORK CITY POLICE DEPARTMENT   One Police Plaza New York New York

Defendant (2) Detective Lezama BRS   One Police Plaza New York New York

Defendant (3) Moncayo   BRS   One Police Plaza N.Y.N.Y.

(1)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV - 7 2011 ★
BROOKLYN OFFICE

Defendant (4)  Gaynor Gaynor  One police plaza N.Y.N.Y.

Defendant (5)  Davis          One police plaza N.Y.N.Y

Defendant (6)  P.O. Donohue One police plaza n.y.n.y.

"         (7)  Lieu. Ditorr One police plaza n.y.n.y.

"         (8)  Sgt Singh One police pLAZA N.Y.N.Y.

"         (9)  P.O. Santora  One police plaza N.Y.N.Y.

"        (10)  P.O. O'Sullivan One police Plaza  N.Y.N.Y.

"        (11)  P.O. Ceonardo   One police Plaza N.Y.N.Y.

"        (12)  Captain Carter  One police Plaza N.Y.N.Y.

"        (13)  Detective Ray ,Nathaniel One Police Plaza N.Y.N.Y.

The New YOrk City Police Department deploys officers to perform arrests without search warrants on personal premises of United States Citizens. Then do this as a common policy and usually perform said events in the early morning hours of the day. On the 15 th day of July 2010 the above officers all male officers came to the residence located at 157 Belmont av enue,knowing that this said residence was registered to Jacqueline Moseley a female. The officers were all male and although there were at least 3 female officers on staff on the 14th and 15th of July 2010 not one femal -e- officer was allowed for this illegal search without a warrant at the aforementioned premise. That when the officers did come in to the residence they went to the plaintiffs apartment and entered with force and came directly into the plaintiffs bedroom while she was in partial undress, all of the male officers had their gu -ns in their hands and made leud remarks and ,had sickening smile -s- on thier faces while fully undressing the plaintiff with thei -r- eyes,causing extreme emotional distress, and depression.

(2)

That while the officers and detectives were in my residence they made several threats as to beating my children because they (my) CHILDREN WERE WANTED FOR A HOME INVASION. The officers came to make an arrest of my two sons Jamal Moseley and Gordon J. Moseley. At the time of the intrusion the officers did arrest my son Gordon while in my apartment. They then turned and threatened my sister Patrina and told her that she would lose the apartment if she did not make a statement. They began orchestrating a statement for her to rewrite and then decided that she shall accompany them to the preceint. Still at no time was a warrant presented nor was there any female police officers present.

The leading officials were as follows Detective Nathaniel Ray, DetectiveLezama and Detective Moncayo were the agressive persons in the apartment. They did most of the talking and made the threat(s) and the Arrest of my son.

Gaynor, Davis, Donohue, Ditorr, Singh, Santora, O'Sullivan, Ceonardo, and Carter searched the apartment looking for who knows what.

One police Plaza also known as police headquarters continues to allow officers and teams developed thereof to institute arrests and searches without the issuance of Warrants here in New York City. In order for such high ranking officers to be present they had to receive permission fromtheir superiors and thus (A) They should have received a warrant : (B) They should have sent female officers with the male officers as they knew the residence was registered to the deponents sister et.al.

The fact they entered the residence at the wee hours of the morning, exemplifies their theory that most people would be asleep and in partial undress, or naked.

(3)

Not only did the said detectives threaten my sister to take her apartment, ~~they also threatened to~~ ████████████████.
The officers said remove the dog or we will shot him, guns drawn.

### INJURIES

The deponent has suffered more mental emotional scars than she was aware of. She is now seeing mental health specialists to assist her in regaining stability around men. The deponent cannot be alone in elevators, or offices or the like with men. She is now unemployed from both her jobs and, even had to request a female doctor to see her for mental health as she is petrified to be alone with men.

The deponent does not feel safe in her own home, has made extensive locks on her doors and specialty locks on her bedroom.

The deponent suffers from extreme emotional distress et.al.

### RELIEF

The plaintiff Jacqueline Moseley seeks that this Court issue the following 5,000,000.00 in damages and institute that female officers accompany male officers upon such raids. THat Warrants be instituted and delivered to the residence of the accused when or during the raids thereof, and eliminate making illegal searches especially when meetings were had to enforce arrests and the like. To continue her mental health regimen until cured and for such other and further relief as deemed just and proper.

That C.C.R.B. reports and determinations be forwarded to the said court for follow up and in good faith.

The plaintiff has no prior law suits to her knowledge filed by he-rself or for her as of this moment.

Signed this 21 DAY OF September 2011, I declare under penalty of perjury that the foregoing is true and correct.

*Jmoseley*
Jacqueline Moseley
157 Belmont Avenue Apt 15 B
Brooklyn New York 11212

I declare under penalty of perjury that on this 21 DAY OF Sept _____ 2011, I will deliver this cpmplaint to the Pro-Se office of the UNited States Eastern District Court at 225 Cadman Plaza East Brooklyn New York 11201 for processing and such other and further relief as deemed just and proper

Jacqueline Moseley