ORIGINAL

AMENDED COMPLAINT
CASE#1:11 CV05603ENV-JMA

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE MOSELEY

PLAINTIFF

AGAINST

NEW YORK CITY (NEW YORK CITY POLICE DEPT)
DETECTIVE LEZEMA (BRS)
DETECTIVE MONCAYO (BRS)
DETECTIVE GAYNOR (70PDU)
SERGEANT DAVIS (70SGT)
POLICE OFFICER DONOHUE
LIEUTENANT DIORR (CSU)
SEARGEANT SINGH(OCCB)
POLICE OFFICER SANTORA (PBBS#1929)
POLICE OFFICER O'SULLIVAN (OPP)
POLICE OFFICER CEONARDO (INRU)
CAPTAIN CARTER (66XO)
DETECTIVE RAY

DEFENDANTS



RECEIVED JUN 04 2012 PRO SE OFFICE

I Jacqueline Moseley stated in my first complaint about those officers. Who came to my residence at 157 Belmont Ave, Apt 15B early morning hours? On the 15th day of July 2010. The above officer was all males. Who entered the apartment registered to me Jacqueline Moseley a female. Why weren't there any female officers there at the time of the illegal search? It cames to find out that there were three females officers on duty at the time on the 14th and 15th of July 2010. Not one female officer was there when they search my apartment.

Which is why I like to know why it was no female officer present at the time at my door? Went to the door, ask who was it they said NYPD so my son partly open the door and the officers barge in without a warrant and began searching throw my apartment. And at that time I was dress not aware that the officers were in my apartment. All the officers had their gun drawn and telling me put my dog away or they would shot him.

I was stand half dress and a couple of these officers looking about me with sickening smile and making lewd remarked, while they were fully undressing me with their eyes causing extreme emotional distress, and depression.

All the while the officers and detectives were in my apartment they made several threats about beating my children because they said my children were wanted for a home invasion. Then the officers arrested my son Gordon Moseley. And then turned and threatened my sister Pitrena Moseley and told her if she didn't make a statement against my two sons. That she would lose her apartment and job. Then they began to course her to write a statement and then decide that she should come with them to the precinct. Still at no time was a warrant presented nor was there any female officer present.

The officers that entered my apartment are Detective Nathaniel Ray, Detective Lezama, and Detective Moncayo were the aggressive officers in

my apartment they did most of the talking and made the threats and the arrest of my son Gordon Moseley. In addition I was told the primary cause of the search was purely hear say. In the end officers Gaynor, Davis, Donohue Ditorr, Singh, Santora, O'Sullivan, Ceonardo and Carter fully searched my apartment only to find nothing they said to be looking for.

    As I said they only came to arrest and detain my son even though Gordon. Said I don't know anything and don't want anything to do with the situation. I myself Jacqueline I'd respect fully request that I be left alone, I don't want any police interaction or involvement " so I told my son to go along to avoid charges of disorderly conduct or resisting arrest.

    This is arguably an illegal search and seizure, and a violation of my fourth amendments of my constitutional rights.

Jacqueline Moseley
*Jacqueline Moseley*
347-651-5376
June 4, 2012